GARY M. RESTAINO
United States Attorney
District of Arizona
WILLIAM B. RUBENS
Assistant U.S. Attorney
New York State Bar No. 4322533
7102 E. 30th Street, Suite 101
Yuma, Arizona 85365
Telephone: 928-314-6410
Email: William.Rubens@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-22-402-PHX-DWL |
| Plaintiff, | Mag. No. 22-01431MJ |
| v. | **INFORMATION** |
| Empidio Payan-Carrillo, a.k.a. Empidio Asuel Payan-Carrillo, | VIO: 8 U.S.C. § 1326(a) and (b)(1) |
| Defendant. | (Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about March 22, 2022, at or near Tacna, in the District of Arizona, the defendant EMPIDIO PAYAN-CARRILLO, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Paso Del Norte, Texas, on or about March 22, 2019, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) as enhanced by (b)(1).

Dated this 1st day of April, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ William B. Rubens*

WILLIAM B. RUBENS
Assistant U.S. Attorney